# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH SMITH<br>*Defendant* | )<br>)<br>) Case No.   2:12cr134<br>)<br>)<br>)<br>) |

UNITED STATES MARSHALS
NORTHERN INDIANA
2013 APR -4  A 9: 26

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH SMITH

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
21:846 CONSPIRACY TO DISTRIBUTE NARCOTICS (HEROIN) AND 18:2 AIDING AND ABETTING
21:841(a)(1) NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (HEROIN) AND 18:2 AIDING AND ABETTING

Date:   04/03/2013

*Issuing officer's signature*

City and state:   Hammond, IN

ROBERT N. TRGOVICH, CLERK by RMNagy
*Printed name and title*

### Return

This warrant was received on *(date)* 4/4/13, and the person was arrested on *(date)* 4/4/13
at *(city and state)* Hammond, IN

Date: 4/4/13

*Arresting officer's signature*

Gregg Thiel DUSM
*Printed name and title*